AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

     **EASTERN**     DISTRICT OF     **TENNESSEE**

KEISHA DALTON                                    **JUDGMENT IN A CIVIL CASE**

                    V.

ROANE STATE COMMUNITY COLLEGE, ET AL            CASE NUMBER: 3:04-CV-09

[X]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that plaintiff, Keisha Dalton, does not have a disability which substantially limited one or more major life activities and that defendants, Roane State Community College; Priscilla Spitzer, *in her official capacity as directory of the nursing program for Roane State Community College*; and Sheila Steele, *in her official capacity as an instructor at Roane State Community College,* did not discriminate against the plaintiff. Therefore, the jury finds that plaintiff, Keisha Dalton, shall not recover any damages from defendants, Roane State Community College; Priscilla Spitzer, *in her official capacity as directory of the nursing program for Roane State Community College*; and Sheila Steele, *in her official capacity as an instructor at Roane State Community College.*

    August 11, 2005                                       Patricia L. McNutt, Clerk
Date

                                                      By   s/ Janet M. Jackson
                                                                     Deputy Clerk